**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Par Aide Products Co.,

Plaintiff,

v.

Valuelinks Golf Course Accessories,

Defendant.

Civil No. 01-599 (DWF/AJB)

**ORDER**

---

David A. Allgeyer, Esq., and Mark R. Privratsky, Esq., Lindquist & Vennum, 4200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, counsel for Plaintiff.

Lindsay G. Arthur, Jr., Esq., and Michael P. North, Esq., Arthur Chapman Kettering Smetak & Pikala, 500 Young Quinlan Building, 81 South Ninth Street, Minneapolis, MN 55402-3214, counsel for Defendant.

---

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated November 28, 2001, along with all the files and records, and no objections having been filed to said Recommendation,

**IT IS HEREBY ORDERED THAT:**

1. Defendant's motion to dismiss (Doc. No. 3) is **GRANTED** pursuant to Fed. R. Civ. P. 12(b)(2), lack of personal jurisdiction, and Fed. R. Civ. P. 12(b)(3), improper venue.

2. This action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to proceed in an appropriate forum.

Dated: December 21st, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED DEC 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD DEC 21 2001
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.